UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ULAS AVCI,

    Plaintiff,

v.

MEGAN L. BRENNAN,
POSTMASTER GENERAL,

    Defendant.

No. 15-CV-12577-NMG

**REPORT AND RECOMMENDATION REGARDING DEFENDANT'S MOTION TO STRIKE (Dkt. No. 13)**

CABELL, U.S.M.J.

The plaintiff, Ulas Avci, alleges in his *pro se* complaint that his former employer, the United States Postal Service (the Postal Service) retaliated against him during the course of his employment. The defendant has moved to "strike" and/or "dismiss" the complaint on the ground that it "sets forth a barrage of allegations regarding the plaintiff's claims, which defy the requirements of a short, plain statement of the claim showing that the pleader is entitled to relief." As discussed below, the Court recommends that the motion be granted, without prejudice.

I.    **RELEVANT FACTS**

The following allegations are taken from the complaint (Dkt. No. 1) and accepted as true for purposes of the present motion. The plaintiff is a former employee of the Postal Service. Prior to 2011, he worked at a postal facility in Brockton, Massachusetts. In 2011 the plaintiff,

*[Handwritten annotation:] ~~Report and the~~ After consideration of plaintiff's objections thereto (Docket No. 41), Report and Recommendation is accepted and adopted; plaintiff may file an amended complaint in compliance with said Report on or before Aug 5, 2016.*
*/s/ NMGorton, USDJ 7/15/16*